# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dolinger, Michael H. | United States District Court, Southern District of New York | 05/08/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time Magistrate Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

United States Courthouse
Room 1670
500 Pearl Street
New York, New York 10007

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | U.S. Government pension |
| 2. 2012 | Disability insurance benefits -- Unum |
| 3. 2012 | publishing royalties -- various university presses |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dolinger, Michael H. | 05/08/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dolinger, Michael H. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | IRA - Fidelity Capital Appreciation Fund | A | Dividend | K | T | | | | | |
| 2. | IRA - Fidelity Magellan Fund | A | Dividend | K | T | | | | | |
| 3. | Arvest securities account (see below) | | | | | | | | | |
| 4. | Royal Dutch Shell stock | C | Dividend | K | T | | | | | |
| 5. | Arvest Global Stars Fund | A | Dividend | | | Sold | 10/10/12 | M | E | |
| 6. | Arvest America Stars Fund | A | Dividend | | | Sold | 10/10/12 | L | E | |
| 7. | DBS Group Holdings stock | B | Dividend | J | T | | | | | |
| 8. | Akt N Novartis stock | A | Dividend | K | T | | | | | |
| 9. | Akt N Schweizerrische Ruckversicherungs stock | A | Dividend | K | T | | | | | |
| 10. | Rabobank Euro Med. Terms Notes | C | Interest | J | T | | | | | |
| 11. | Arvest Privatbank cash | A | Interest | J | T | | | | | |
| 12. | Nestle stock | A | Dividend | K | T | | | | | |
| 13. | 3 1/2% Rabobank Nederland NV 2004-06/10/09 | A | Interest | K | T | | | | | |
| 14. | 9 1/4 Kreditanstalt Fuer Weideraufbau 2007-08.05.09 | A | Interest | K | T | | | | | |
| 15. | 5.2% Rabobank Nederland Utrecht 28/8/07 | B | Interest | L | T | | | | | |
| 16. | People's Food Holding stock | A | Dividend | K | T | | | | | |
| 17. | GS Roche Holding stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 J =$15,000 or less N =$250,001 - $500,000 | G =$100,001 - $1,000,000 K =$15,001 - $50,000 O =$500,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dolinger, Michael H. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Toyota Motor Corp. stock | A | Dividend | K | T | | | | | |
| 19. UBS AG stock | A | Dividend | J | T | | | | | |
| 20. Nokia Corp. stock | A | Dividend | J | T | | | | | |
| 21. Rabobank 4% 2009-29.05.13 | A | Interest | K | T | | | | | |
| 22. Stora Enso stock | A | Dividend | J | T | | | | | |
| 23. Zurich Fin. Services stock | A | Dividend | J | T | | | | | |
| 24. Huaneng Power Intl | A | Dividend | | | Sold | 07/02/12 | J | A | |
| 25. Total SA stock | A | Dividend | | | Sold | 09/19/12 | K | B | |
| 26. Hoya Corp. stock | A | Dividend | K | T | | | | | |
| 27. Ricoh Co. stock | A | Dividend | J | T | | | | | |
| 28. Shiseido Co. stock | A | Dividend | J | T | | | | | |
| 29. Walgreen Co. stock | A | Dividend | J | T | | | | | |
| 30. Ratchaburi NVDR stock | A | Dividend | K | T | | | | | |
| 31. Mindray Med. Intl stock | A | Dividend | J | T | | | | | |
| 32. Yingli Green Energy Holding Co. stock | A | Dividend | J | T | | | | | |
| 33. 5 5/8% Siemens 2006-16.03.16 coupons | B | Interest | K | T | | | | | |
| 34. 6.7% LG Telecom Co. 2009-29.01.2012 Coupons | A | Interest | | | Sold | 01/30/12 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dolinger, Michael H. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. 3% China Green Hldgs) Ltd. 2010-12.04/12.10 | A | Interest | J | T | | | | | |
| 36. ING 401k (see below) | | | | | | | | | |
| 37. Oppenheimer Dev. Mkts. Fund | A | Dividend | J | T | | | | | |
| 38. Ariel Appreciation Fund | A | Dividend | J | T | | | | | |
| 39. Baron Growth Fund | A | Dividend | J | T | | | | | |
| 40. ING T Rowe Price Growth Equity Portfolio | D | Dividend | K | T | | | | | |
| 41. Fidellity VIP Contrafund Portfolio | A | Dividend | J | T | | | | | |
| 42. Growth Fund of America (Capital Group Cos.) | A | Dividend | K | T | | | | | |
| 43. ING Van Kampen Comstock Portfolio | D | Dividend | K | T | | | | | |
| 44. Washington Mut. Investors FundSM (sponsor American Funds) | A | Dividend | J | T | | | | | |
| 45. Pax World Blanaced Fund | A | Dividend | J | T | | | | | |
| 46. American Balanced Fund (sponsor T Rowe Price) | A | Dividend | J | T | | | | | |
| 47. ING VP Strategic Alloc. Growth Portfolio | A | Dividend | J | T | | | | | |
| 48. ING VP Strategic Alloc. Inc. Portfolio | A | Dividend | J | T | | | | | |
| 49. Pioneer High Yield Fund | A | Interest | J | T | | | | | |
| 50. ING PIMCO Total Return Port. | A | Dividend | K | T | | | | | |
| 51. ING Solution 2035 Port. | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dolinger, Michael H. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. ING Solution Income Port. | A | Dividend | K | T | | | | | |
| 53. ING Thornburg Val. Port. | D | Dividend | K | T | | | | | |
| 54. ING UBS US Large Cap. Equities | D | Dividend | K | T | | | | | |
| 55. ING T Rowe Price Equities Inv. | D | Dividend | K | T | | | | | |
| 56. ING Baron Small Cap. Growth | C | Dividend | K | T | | | | | |
| 57. ING FMR Diversified Mid, Cap. | C | Dividend | K | T | | | | | |
| 58. ING Oppenheimer Global Port. | D | Dividend | K | T | | | | | |
| 59. Wachovia (Wells Fargo) Invest. Account (see below) | | | | | | | | | |
| 60. Chevron Corp. stock | B | Dividend | K | T | | | | | |
| 61. Coach Inc. stock | A | Dividend | J | T | | | | | |
| 62. Huntington Exploration stock | A | Dividend | J | T | | | | | |
| 63. BAC 5.875% Cap. TR IV due 5/3/33 | A | Interest | | | Redeemed | 11/05/12 | J | A | |
| 64. ING Group 7.05% Perp. Pfd | A | Interest | J | T | | | | | |
| 65. MetLife 5.875% SR NTS due 11/21/33 | A | Interest | J | T | | | | | |
| 66. Morgan Stanley 6.25% TR Pfd | A | Interest | J | T | | | | | |
| 67. Port Authority NY NJ 116th ser. bond due 10/1//17 | A | Interest | K | T | | | | | |
| 68. Nuveen NY Sel. Muni. Fund | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dolinger, Michael H. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Nuveen NY Mun. Value Fund | A | Interest | K | T | | | | | |
| 70. Wachovia (Wells Fargo) money market | A | Interest | J | T | | | | | |
| 71. Highland Floating Rate Fund | A | Interest | K | T | | | | | |
| 72. Wachovia (Wells Fargo) IRA Account (see below) | | | | | | | | | |
| 73. Ameren Corp. stock | A | Dividend | J | T | | | | | |
| 74. BP Plc stock | A | Dividend | J | T | | | | | |
| 75. Coca Cola Co. stock | A | Dividend | J | T | | | | | |
| 76. Walt Disney Co. stock | A | Dividend | J | T | | | | | |
| 77. Exxon Mobil Corp. stovk | A | Dividend | K | T | | | | | |
| 78. OGE Energy Corp. stovk | B | Dividend | K | T | | | | | |
| 79. Piedmont Natural Gas stock | A | Dividend | K | T | | | | | |
| 80. CBTCS Goldman Sachs 6% due 2/15/34 | A | Interest | J | T | | | | | |
| 81. Citigroup Cap. 7.125% Pfd due 7/31/31 | B | Interest | K | T | | | | | |
| 82. Merrill Lynch Cap. 7.28% Trust V | A | Interest | J | T | | | | | |
| 83. Morgan Stanley 6.25% Pfd. due 3/1/33 | A | Interest | J | T | | | | | |
| 84. Morgan Stanley 7.25% Tr. Pfd due 7/31/06 | B | Interest | K | T | | | | | |
| 85. Tel & Data Systems SR NOte Ser. A due 12/01/41 | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dolinger, Michael H. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 86. | Highland Floating Rate Fund | A | Interest | K | T | | | | | |
| 87. | Wachovia (Wells Fargo) IRA Account (s) (see below) | | | | | | | | | |
| 88. | Alliance Bernstein Port. Balanced Wealth Strategy | A | Dividend | K | T | | | | | |
| 89. | Goldman Sachs Equity Growth Fund | A | Dividend | J | T | | | | | |
| 90. | Lord Abbett Value Oppenheimer Fund | A | Dividend | J | T | | | | | |
| 91. | J.P. Morgan Intrepid Am. Fund | A | Dividend | J | T | | | | | |
| 92. | Additions to Arvest holdings | | | | | | | | | |
| 93. | Fanuc Corp. stock | A | Dividend | J | T | | | | | |
| 94. | Vale SA pf. | A | Dividend | J | T | | | | | |
| 95. | Nong Shim Co. | A | Dividend | | | Buy | 03/26/12 | J | | |
| 96. | Nong Shim (see item 95) | | | | | Sold | 09/26/12 | J | C | |
| 97. | Deutsche Telekom | A | Interest | K | T | Buy | 01/27/12 | K | | |
| 98. | Newcrest Mining | A | Dividend | K | T | Buy | 02/24/12 | K | | |
| 99. | Newcrest Mining | A | Dividend | J | T | Buy (add'l) | 04/10/12 | J | | |
| 100. | Krones AG | A | Dividend | J | T | Buy | 04/10/12 | K | | |
| 101. | Gazprom SP | A | Dividend | J | T | Buy | 08/07/12 | J | | |
| 102. | Tesco PLC | A | Dividend | K | T | Buy | 09/13/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dolinger, Michael H. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Akt. N UBS | A | Dividend | K | T | Buy | 09/13/12 | K | | |
| 104.  Barrick Gold | A | Dividend | K | T | Buy | 09/27/12 | K | | |
| 105.  SHS Fanuc Corop. | A | Dividend | K | T | Buy (add'l) | 09/27/12 | K | | |
| 106.  Akt. N Zurich Insurance Co. | A | Dividend | J | T | Buy | 10/04/12 | J | | |
| 107.  Nestle SA | A | Dividend | K | T | Buy (add'l) | 10/04/12 | K | | |
| 108.  GS Roche Holding Ltd. | A | Dividend | K | T | Buy | 10/04/12 | K | | |
| 109.  Gazprom SO | A | Dividend | J | T | Buy (add'l) | 10/04/12 | J | | |
| 110.  SHS Johnson & Johnson | A | Dividend | K | T | Buy | 10/04/12 | K | | |
| 111.  Akt. Canon Inc. | A | Dividend | J | T | Buy | 10/05/12 | J | | |
| 112.  Tesco PLC | A | Dividend | K | T | Buy (add'l) | 10/17/12 | K | | |
| 113.  Addition to Wachovia (Wells Fargo) secs. acct. | | | | | | | | | |
| 114.  AT&T stock (bought July 21, 2010) | A | Dividend | J | T | | | | | |
| 115. | | | | | | | | | |
| 116. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dolinger, Michael H. | 05/08/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Dolinger, Michael H. | 05/08/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Michael H. Dolinger**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544